**Velda AMBURGEY, Appellant,**

v.

**COMMONWEALTH of Kentucky,
Appellee.**

Supreme Court of Kentucky.

Aug. 31, 1982.

William M. Scalf, Lexington, for appellant.

Steven L. Beshear, Atty. Gen., Frankfort, for appellee.

### OPINION AND ORDER

This is a companion case with *Wright v. Commonwealth*, 637 S.W.2d 635, decided today. The issue being the same, so must the result.

The judgment of the Court of Appeals granting prohibition is reversed with directions that the petition be dismissed.

All concur.

ENTERED August 31, 1982.

/s/ John S. Palmore
Chief Justice